IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05CV74

| | |
|---|---|
| CYNTHIA J. KEMPISTY, )<br>d/b/a GAME ROOMS TO GO, )<br>d/b/a POOL TABLES PLUS, )<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>BRUNSWICK BOWLING AND )<br>BILLIARDS CORPORATION, )<br>    Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The attorneys of record for Cynthia J. Kempisty have moved for permission to withdraw as counsel, and this Court has granted such permission. No other attorney has made an appearance in the case on behalf of Ms. Kempisty. Given that there is a pending motion in the case, the undersigned will – pursuant to the authority granted him in Rule 16(a) of the Federal Rules of Civil Procedure – hold a status conference in chambers. **Ms. Kempisty and attorneys for Brunswick Bowling and Billiards Corporation should contact the Court at their earliest convenience to arrange a mutually agreeable date and time for the status conference.**

    **IT IS SO ORDERED**.

**Signed: July 22, 2005**

_____
David C. Keesler
United States Magistrate Judge