UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:05CV74

| | |
|---|---|
| CYNTHIA KEMPISTY <br> d/b/a GAMES ROOMS TO GO <br> d/b/a POOL TABLES PLUS, <br><br> Plaintiffs, <br><br> v. <br><br> BRUNSWICK BOWLING and <br> BILLARDS CORPORATION, <br><br> Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** to set and conduct a Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, and the Order (Document No. 11), entered July 22, 2005 by the undersigned.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held in the chambers of the undersigned (Room 168, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina) on **Thursday, August 18, 2005 at 2:30 p.m.**

2. Counsel may, but are not required to, bring the parties to the Status Conference.

**IT IS SO ORDERED**.

**Signed: July 29, 2005**

_____
David C. Keesler
United States Magistrate Judge