UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:05CV74

| | |
|---|---|
| CYNTHIA KEMPISTY<br>d/b/a GAMES ROOMS TO GO<br>d/b/a POOL TABLES PLUS,<br><br>    Plaintiffs,<br><br>v.<br><br>BRUNSWICK BOWLING and<br>BILLARDS CORPORATION,<br><br>    Defendant. | AMENDED ORDER |

**THIS MATTER IS BEFORE THE COURT** to set and conduct a Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, and the Order (Document No. 11), entered July 22, 2005 by the undersigned.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held in the chambers of the undersigned (Room 168, U.S. Courthouse, 401 West Trade Street, Charlotte, North Carolina) on **Tuesday, September 13, 2005 at 2:30 p.m.**

2. Counsel may, but are not required to, bring the parties to the Status Conference.

**IT IS SO ORDERED**.

**Signed: August 5, 2005**

_____
David C. Keesler
United States Magistrate Judge