# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05CV74

| | |
|---|---|
| CYNTHIA J. KEMPISTY, )<br>d/b/a GAME ROOMS TO GO, )<br>d/b/a POOL TABLES PLUS, )<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>BRUNSWICK BOWLING AND )<br>BILLIARDS CORPORATION, )<br>    Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** with respect to the Status Report filed by the parties on October 18, 2005. In that Status Report, the parties reported that settlement discussions have been productive and requested an additional twenty days within which to continue such negotiations. Accordingly, the Court will direct the parties to file a written report, indicating the status of those continued negotiations, within twenty days from the filing date of this Order. After such report is filed, the Court may – in its discretion – choose to hold another status conference, at which all counsel of record will be required to attend in person.

**IT IS, THEREFORE, ORDERED** that the parties file a written report, jointly if possible, indicating the status of continued settlement negotiations, within **twenty (20) days** from the filing date of this Order.

**Signed: October 19, 2005**

David C. Keesler
United States Magistrate Judge